```
                Paper Source
              South Coast Plaza
              3333 Bear Street
             Costa Mesa, CA  92626
                714-957-8555
```

### Sales Receipt

```
Transaction #:      555842
Date:    1/29/2014  Time:   1:24:12 PM
Cashier:   082312   Register #:    3


Item       Description                 Amount
==============================================
614390318364Smile Tooth Brush         $23.85
          3 @ $7.95

                                    =============
                     Sub Total           $23.85
             210 CA ST Taxes              $1.91
                         Total           $25.76

         American Express Tendered      $25.76
           Card: XXXXXXXXXXX1008
               Auth: 517475
                    Change Due           $0.00
```


555842

Paper Source is on Facebook & Twitter!
LIKE us to hear about new products,
upcoming events, design tips,
exclusive sales & drawings